USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

               Plaintiff,

   –v–

Sam A. Antar,

               Defendant.

19-cv-11527 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Initial Pretrial Conference in this matter is hereby rescheduled to May 22, 2020 at 3:15 P.M.  The conference will be held telephonically.  The parties and members of the public may access the Court's dedicated conference line by calling (888) 363-4749 and entering Access Code 919-6964, followed by the pound (#) key.

     SO ORDERED.

Dated: May 21, 2020
       New York, New York

                               ALISON J. NATHAN
                            United States District Judge