USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

              Plaintiff,

     –v–

Sam A. Antar,

              Defendant.

19-cv-11527 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at the Initial Pretrial Conference on May 22, 2020, the Court hereby grants a limited stay in this matter for 90 days. Discovery, with the exception of depositions, will go forward in this period in accordance with the Case Management Plan.. If either party seeks to file a motion, they should meet and confer and then seek the Court's leave. Similarly, if either party seeks to lift the stay before the 90-day period ends or to extend the stay, they shall meet and confer and then seek the Court's leave.

    SO ORDERED.

Dated: May 26, 2020
       New York, New York

                                                    ALISON J. NATHAN
                                               United States District Judge