```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

               Plaintiff,

    –v–

Antar,

               Defendant.

19-cv-11527 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for tomorrow, February 5, 2021 is adjourned. The parties are instructed to meet and confer regarding Defendant's request for a stay of this action pending resolution of parallel state criminal proceedings. If no agreement is reached, the Defendant shall file a letter in support of his request for a stay by February 12, 2021. The SEC shall file a letter in opposition by February 19, 2021. Defendant may then file a reply letter by February 24, 2021, if he intends to do so. The parties shall confer on a briefing schedule for dispositive motion in the event the Court determines no stay is appropriate. That proposal should be submitted by joint letter no later than February 12, 2021.

    SO ORDERED.

Dated: February 4, 2021
       New York, New York

                                                ALISON J. NATHAN
                                            United States District Judge