```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEC,

                Plaintiff,

    –v–

Antar,

                Defendants.

19-cv-11527 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendant's unopposed request for a 90-day stay is granted.

    SO ORDERED.

Dated: February 15, 2021
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge