UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Securities and Exchange Commission,

                   Plaintiff,

         –v–                                              19-cv-11527 (AJN)

Antar,                                                         ORDER

                   Defendants.
```

ALISON J. NATHAN, District Judge:

    Defendant's unopposed request to extend the stay in this matter by 90 days is

GRANTED.


    SO ORDERED.

Dated: August 20, 2021
        New York, New York

                                         ALISON J. NATHAN
                                       United States District Judge