USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                    Plaintiff,<br><br>          –v–<br><br>Antar,<br><br>                    Defendant. | 19-cv-11527 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

On August 20, 2021, the Court issued an order extending the stay in this matter by 90 days. Dkt. No. 33. The Court orders the parties to file a status update by November 30, 2021.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1